ARNOLD TRANSIT COMPANY v CITY OF MACKINAC ISLAND. (Docket No. 65982.) Rehearing denied. *Lester N. Turner, P.C.,* for plaintiffs-appellants. *Fraser, Trebilcock, Davis & Foster, P.C.,* for defendant-appellee. Reported at 415 Mich 362.

WILLIAMS, C.J., not participating.


PEOPLE v KREINER. (Docket No. 68114.) Rehearing denied. *Frank J. Kelley,* Attorney General, *Louis J. Caruso,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Edward Reilly Wilson,* Deputy Chief, Civil and Appeals, and *Janice M. Joyce Bartee,* Assistant Prosecuting Attorney, for the people. Reported at 415 Mich 372.


EAST GRAND RAPIDS SCHOOL DISTRICT v KENT COUNTY TAX ALLOCATION BOARD. (Docket No. 63962.) Rehearing denied. *Varnum, Riddering, Wierengo & Christenson* for plaintiff-appellee. Reported at 415 Mich 381.


PEOPLE v GARY JOHNSON. (Docket No. 65292.) Rehearing denied. *Larry S. Davidow* for defendant-appellee. Reported at 415 Mich 443.


CASSIDY v McGOVERN. (Docket No. 65385.) Rehearing denied. *Jack Carpenter, P.C.,* for defendants-appellees. Reported at 415 Mich 483.

CAVANAGH, J., not participating.


HERMANN v HANEY. (Docket No. 65753.) Rehearing denied. *Posner, Posner & Posner* for plaintiffs-appellants. *Collins, Einhorn & Farrell, P.C.,* for defendant-appellee Edwin Maxowal Haney. *Mitchell & Leon (Gromek, Bendure & Thomas,* of counsel) for defendant-appellee Chester Ray Hackney. Reported at 415 Mich 483.

CAVANAGH, J., not participating.


IN THE MATTER OF TAURUS F. (Docket No. 65140.) Rehearing denied. *Robert F. Gillett* and *Jan Leventer* for respondent-appellant. *William F. Delhey,* Prosecuting Attorney *(Ellen M. Tickner,* of counsel), for petitioner-appellee. *James Ridella,* guardian ad litem. Reported at 415 Mich 512.

CAVANAGH, J., would grant rehearing.